UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Application of HARVEY SIN WAI LEE,<br><br>Petitioner. | Case No. 18-mc-80183-TSH<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 1 |

Petitioner Harvey Sin Wai Lee filed an ex parte application for a discovery order pursuant to 28 U.S.C. § 1782(a). ECF No. 1. The application states that the proposed subpoenas were filed as attachments. However, they were not attached. Lee is hereby **ORDERED** to file the proposed subpoenas no later than October 24, 2018.

In addition, Local Rule 7-2(c) requires a motion to be accompanied by a proposed order. While Lee filed an ex parte application instead of a motion under Local Rule 7, it would still be helpful to the Court for Lee to submit a proposed order granting his application. Accordingly, Lee is **ORDERED** to submit one no later than October 24, 2018.

**IT IS SO ORDERED.**

Dated: October 23, 2018

THOMAS S. HIXSON
United States Magistrate Judge