Andrew F. Pierce (State Bar No. 101889)
PIERCE & SHEARER LLP
Woodside Corporate Center
2055 Woodside Road, Suite 110
Redwood City, CA 94061-3366
Phone: (650) 843-1900
Fax:    (650) 843-1999
Email: apierce@pierceshearer.com

Attorneys for Petitioners

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Application of HARVEY SIN WAI LEE<br><br>Petitioner | Misc. Case No. 18-mc-80183-TSH<br><br>**[PROPOSED] DISCOVERY ORDER PURSUANT TO 28 U.S.C. § 1782 IN AID OF FOREIGN PROCEEDING** |

The Court, having reviewed Petitioners' application for discovery pursuant to 28 U.S.C. 1782(a), the supporting Declarations of Andrew F. Pierce, Harvey Sin Wai Lee and Cheng Siu Hang, and the exhibits thereto, and good cause appearing, hereby GRANTS the application and ORDERS as follows:

**IT IS ORDERED THAT:**

1.      Petitioners may serve Respondents Shiu Ming Lee and Jinten Lee with Petitioners' proposed subpoenas (attached hereto as Exhibits 1 and 2) submitted by Petitioner and received by the Court on October 17, 2018.

2.      This Order, the subpoenas, and any resulting discovery shall be governed by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  October 24, 2018

THOMAS S. HIXSON
United States Magistrate Judge

PIERCE & SHEARER LLP
2055 Woodside Road, Suite 110, Redwood City, CA 94061
Phone: (650) 843-1900  Fax: (650) 843-1999