UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF HARVEY SIN WAI LEE | Case No.  18-mc-80183-TSH |
| | **DISCOVERY ORDER** |
| | Re: Dkt. No. 15 |

The Court has before it a motion to compel, ECF No. 11, and a joint discovery letter brief, ECF No. 15, concerning the possible deposition of Jinten Lee.  As discussed during today's telephonic hearing, the Court needs an update on the status of the Hong Kong matter, including a discussion of any outstanding issues there may be to which Ms. Lee's testimony could be relevant. This update should include exhibits that demonstrate the status of the Hong Kong matter, so the Court can be sure there is a factual basis for counsel's assertions, as well as legal arguments about whether the contemplated deposition is warranted under section 1782 and the *Intel* factors. Accordingly, the parties shall submit a supplemental joint discovery letter brief by August 5, 2020 discussing those issues.  Each side may have eight pages (the exhibits don't count toward the page limits).

As it appears that Respondent's counsel have not yet entered an appearance, the Court orders Petitioner's counsel to email this order to them today.  The Court directs Respondent's counsel to file a notice of appearance by tomorrow so that they will receive ECF notifications.

**IT IS SO ORDERED.**

Dated: July 8, 2020

THOMAS S. HIXSON
United States Magistrate Judge